Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. FORSYTHE; EARLENE FORSYTHE; JAMES W. AND EARLENE FORSYTHE, TRUSTEES OF THE JAMES W. AND EARLENE FORSYTHE TRUST DATED JUNE 30 1997;<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. 3:18-cv-00186-RCJ-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS, WITH PREJUDICE** |

Plaintiffs James W. Forsythe, Earlene Forsythe, and James W. and Earlene Forsythe, Trustees of the James W. and Earlene Forsythe Trust Dated June 30 1997 (collectively, "Plaintiffs) and Defendant JPMorgan Chase Bank, N.A. ("Chase"), acting through their respective undersigned counsel of record, hereby stipulate as follows:

1. All claims asserted (or which could have been asserted) by Plaintiffs in the above-captioned action as against Chase shall be dismissed, with prejudice; and,

/ / /

/ / /

/ / /

/ / /

/ / /

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

2. Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

| SMITH LARSEN & WIXOM | WALSH, BAKER & ROSEVEAR |
|---|---|
| /s/ *Kent F. Larsen* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Tel: (702) 252-5002 <br> Fax: (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> JPMorgan Chase Bank, N.A. <br><br> Dated: November 1, 2018 | /s/ *James M. Walsh* <br> James M. Walsh, Esq. <br> Nevada Bar No. 796 <br> 9468 Double R. Boulevard, Suite A <br> Reno, Nevada 89521 <br> Tel: (775) 853-0883 <br> Fax: (775) 853-0860 <br> Email: jmwalsh@wbrl.net <br> Attorneys for Plaintiffs <br> James W. Forsythe, Earlene Forsythe, James W. and Earlene Forsythe, Trustees of the James W. and Earlene Forsythe Trust Dated June 30 1997 <br><br> Dated: November 1, 2018 |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2018.